UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

ANYON SYSTEMS, INC.        ,

Plaintiff(s),

v.

ANYON COMPUTING, INC.   ,

Defendant(s).

Case No. 3:26-cv-01060-LJC

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE; ORDER**
(CIVIL LOCAL RULE 11-3)

I, David B. Cupar , an active member in good standing of the bar of the State of Ohio , hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Anyon Systems, Inc. in the above-entitled action. My local co-counsel in this case is Daniel J. Muller , an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 193396 .

600 Superior Ave., E.,Ste. 2100, Cleveland, OH
MY ADDRESS OF RECORD

1506 Hamilton Ave, San Jose, CA
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

216-348-5400
MY TELEPHONE # OF RECORD

408-512-30233
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

dcupar@mcdonaldhopkins.com
MY EMAIL ADDRESS OF RECORD

dmuller@venturahersey.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 71622 .

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court 0 times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules.  I declare under penalty of perjury that the foregoing is true and correct.

Dated: 02/13/2026

David B. Cupar
APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of David B. Cupar                is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: February 17, 2026

UNITED STATES MAGISTRATE JUDGE

United States District Court
Northern District of California

Updated 11/2021

2

 THE SUPREME COURT *of* OHIO

## CERTIFICATE OF GOOD STANDING

I, MICHEL JENDRETZKY, Director of the Office of Attorney Services of the Supreme Court of Ohio, do hereby certify that I am the custodian of the records of the Registration and Continuing Legal Education (CLE) Section of the Supreme Court and that the Office of Attorney Services is responsible for reviewing Court records to determine the status of Ohio attorneys. I further certify that, having fulfilled all of the requirements for admission to the practice of law in Ohio,

**David Bogdan Cupar**
Attorney Registration No. **0071622**

was admitted to the practice of law in Ohio on November 8, 1999; has registered as an active attorney pursuant to the Supreme Court Rules for the Government of the Bar of Ohio; is in good standing with the Supreme Court of Ohio; and is entitled to practice law in this state.



IN TESTIMONY WHEREOF, I have subscribed my name and affixed the seal of the Supreme Court, this 13th day of February, 2026.

MICHEL JENDRETZKY
*Director, Office of Attorney Services*

Kirstyn Moyers
*Registration and Continuing Legal Education (CLE) Manager*



No. 2026-02-13-1
Verify by email at GoodStandingRequests@sc.ohio.gov